UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| POP TEST CORTISOL, LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> THE UNIVERSITY OF CHICAGO, et al.,: <br> : <br> Defendants. : <br> : | Civil Action No. 14-7174 (WJM) <br><br><br> ORDER |

This matter having come before the Court on the motion of Tracie Carey, M.D. and Marty Huber, M.D. (collectively, "Defendants") to compel arbitration, stay the action pending arbitration and impose sanctions pursuant to 28 U.S.C. § 1927, see Mot. to Compel, Feb. 20, 2015, D.E. 14;

and Plaintiff opposing Defendants' motion, see Pl.'s Opp'n Br., Mar. 23, 2015, D.E. 32;

and the Court having decided this matter without oral argument pursuant to Federal Rule of Civil Procedure 78, and Local Civil Rule 78.1;

and the Court having considered the parties submissions [D.E. 14, 15, 16, 31, 32, 33, 34, 35, 36, 47], the record, and the applicable law;

and for good cause shown,

**IT IS ON THIS 27th day of August, 2015,**

**ORDERED** that Defendants' motion to compel arbitration and to stay this action [D.E. 14] is **GRANTED**; and it is further

**ORDERED** that this matter shall be stayed pending the outcome of the arbitration proceedings; and it is further

**ORDERED** that Defendants' motion for sanctions under 28 U.S.C. § 1927 is **DENIED** without prejudice.

*s/ Michael A. Hammer*
**UNITED STATES MAGISTRATE JUDGE**