

Ms B.M. van Rosmalen
Burg. Wientjensstraat 19
5375 BC  Reek (Netherlands)

Creation date : 18 December 2014
File : L0058754/PvR
In the case of : Pop Test Cortisol c/a Merck

On this day, THE FIFTH OF FEBRUARY --------------------
two thousand and fifteen;

I, Martinus Josephus Maria Vorstenbosch, process server, with registered office in 's-Hertogenbosch (Netherlands), and with principal place of business there at the Van der Does de Willeboissingel 41/42

At the request of **POP TEST CORTISOL LLC**, a legal person organized and existing under the laws of the United States (a New Jersey limited liability company), having its registered office and principal place of business at Cliffside Park, Bergen County, New Jersey, United States of America, who in this matter has chosen as its address for service: Mahwah, New Jersey (United States of America), NJ 07430, 512-3200, at the street address 65 Ramapo Valley Road, Suite 102, at the office of Attorney Ernest R. Nuzzo, ESQ;

### HAVE SERVED ON:

Ms **Beate Maria van Rosmalen**, born on 12 August 1971, residing at (5375 BC) Reek (Netherlands), at the street address: Burgemeester Wientjensstraat 19, serving my writ there at that home address and leaving a copy hereof and of the document mentioned below in the hands of:

HER IN PERSON;

### THE FOLLOWING:

a document drawn up in the English language, being a (copy of a) petition describing the complaint against, inter alia, the respondent as 'defendant', submitted at the request of the aforementioned POP TEST CORTISOL LLC, a legal person organized and existing under the laws of the United States, as 'plaintiff', by Attorney Ernest R. Nuzzo ESQ, with business address at Mahwah, New Jersey, NJ, at the street address 65 Ramapo Valley Road, Suite 102, phone number: +1 7430 (201)512-3200, on 17 November 2014;

## NOTIFYING:

That this is a notice that proceedings have been or will be instituted against you in the United States, at the United States District Court for the District of New Jersey. If you wish to appear in these proceedings and put forward a defense against the complaints made against you, you will have to engage a US lawyer ('Attorney').

This writ was served in order to comply with the provisions of the laws of the United States and as proof of proper service of the summons under Netherlands law.

The costs of this writ (which you will not have to pay) amount to EUR 130.

Process server,

I, the undersigned, Anna Elisabeth Kuperus, translator for the English language, sworn at the District Court of The Hague (Netherlands), listed in the Netherlands Register of Sworn Interpreters and Translators under number 1715, hereby declare that the foregoing is a full, true and faithful translation of the Dutch document attached.

Rotterdam (Netherlands), 25 September 2015



APOSTILLE
1. **(Convention de la Haye du 5 Octobre 1961)**
   **Country: NETHERLANDS**
   This public document
2. has been signed by A.E.Kuperus
3. acting in the capacity of sworn translator
4. bears the seal/stamp of
   A.E.Kuperus at Rotterdam
   Certified
5. at Rotterdam 6. 25 September 2015
7. by the Clerk of the District Court
   (Griffier van de Rechtbank)

8. No. HA RP 15-6222
9. Seal/stamp                10. Signature
                              L. Bourne





Mevrouw B.M. van Rosmalen
Burg. Wientjensstraat 19
5375 BC Reek

Aanmaakdatum : 18-12-2014
Dossier: L0058754/PvR
Inzake : Pop Test Cortisol c/a Merck

Vandaag, de VIJFDE FEBRUARI --------------------
tweeduizendvijftien;

Heb ik, Martinus Josephus Maria Vorstenbosch, gerechtsdeurwaarder met vestigingsplaats 's-Hertogenbosch en aldaar kantoorhoudende aan de Van der Does de Willeboissingel 41/42

Op verzoek van de rechtspersoon naar Amerikaans recht (a New Jersey limited liability company) **POP TEST CORTISOL LLC**, gevestigd en kantoorhoudende te Cliffside Park, Bergen, county New Jersey, Verenigde staten van Amerika, die voor deze zaak woonplaats heeft gekozen te Mahwah, New Jersey (United States of America), N.J. 07430, 512-3200, aan het adres 65 Ramapo Valley Road, Ste 102, ten kantore van Attorney Ernest R. Nuzzo, ESQ;

AAN:

Mevrouw **Beate, Maria van Rosmalen**, geboren op 12 augustus 1971, wonende te (5375 BC) Reek aan het adres Burgemeester Wientjensstraat 19, aldaar aan dat woonadres mijn exploot doende en afschrift dezes alsmede van na te melden stuk latende aan:

HAAR IN PERSOON;

BETEKEND:

een in het engels gesteld document, zijnde een (afschrift van een) verzoekschrift met daarin omschreven de conclusie van eis tegen onder meer de gerequireerde als 'defendant', op verzoek van de rechtspersoon naar Amerikaans recht POP TEST CORTISOL LLC voornoemd als 'plaintiff' door de Attorney (advocaat) Ernest R. Nuzzo ESQ, kantoorhoudende te Mahwah, New Jersey, N.J. aan het adres 65 Ramapo Valley Road, Ste 102, tel.: 07430 (201)512-3200, ingediend op 17 november 2014;

## AANGEZEGD:

Dat het hier een kennisgeving betreft dat er in Amerika een procedure tegen u is of wordt aangespannen bij het United States District Court for the District of New Jersey. Als u in deze procedure wilt verschijnen en verweer wilt voeren tegen de door u geformuleerde aanklachten zult u zich moeten wenden tot een Amerikaanse advocaat ('Attorney').

Geschiedende deze betekening ter voldoening aan de bepalingen van het Amerikaans recht en ten blijke van een behoorlijke oproeping naar Nederlands recht.

De kosten van dit exploot bedragen (die u niet hoeft te betalen) bedragen € 130,-.

Gerechtsdeurwaarder,