UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------

POP TEST CORTISOL,                :        2:14-cv-7174WJM

          Plaintiff              :

        V.                       :

THE UNIVERSITY OF CHICAGO,        :
et al

          Defendants.            :

------------------------------

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO L.Civ.R.41.1
(Dismissal of Inactive Cases)

PLEASE BE ADVISED:

      This matter will be dismissed with on March 21, 2016 with

respect to the "foreign" defendants unless good cause is shown

with the filing of an affidavit or other document complying with

28 U.S.C. Section 1746 from counsel of record or the

unrepresented party, BEFORE the return date. If said affidavit

has not been filed before the return date, counsel/litigant

shall show good cause in writing why this action should not be

dismissed for lack of prosecution.

                          WILLIAM T. WALSH, CLERK

                    By:   s/Gail A. Hansen


                    Gail A. Hansen, Deputy Clerk