*Ernest R. Nuzzo*
*Attorney at Law*
*65 Ramapo Valley Road (Route 202)*
*Suite 102*
*Mahwah, New Jersey 07430*

201/512-3200
Fax: 201/512-1445

March 8, 2016

The Hon. William J. Martini
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, PO Box 419
Newark, N.J. 07102

Re: Pop Test Cortisol v. The University of Chicago, et al.
    2:14-cv-07174-WJM

Dear Judge Martini:

    On March 2, 2016, the Clerk entered document # 73 "Notice of Call For Dismissal Pursuant to L. Civ.R. 41.1 (inactive cases)" returnable March 21, 2016. The only Defendants remaining in this action include C. Rik Broekkamp; Bernard Peeters A.K.A. "Ard Peeters"; Chardon Pharma, a foreign jural entity, Beata Van Rosmalen; and Henkjan Gellekink ("the foreign Defendants"). A default was entered against the foreign Defendants on October 9, 2015. As such, Plaintiff, Pop Test Cortisol, LLC respectfully requests that the Court dismiss the matter of Pop Test Cortisol, LLC v. The University of Chicago, et al., United States District Court for the District of New Jersey, Civil Action No.: 2:14-cv-07174-WJM-MAH, without prejudice Additionally, Plaintiff respectfully requests that the Court retain jurisdiction over this matter to the extent that further proceedings become necessary with regard to the foreign Defendants.

    We thank you for your consideration in this matter.

Respectfully Submitted,

ERNEST R. NUZZO

Cc: Pop Test Cortisol
    Lynn Terrebonne, Esq.