UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

POP TEST CORTISOL, LLC.,

       Plaintiff,

v.

C.RIK BROEKKAMP, BERNARD PEETERS,
BEATA VAN ROSMALEN, HENKJAN
GELLEKINK and CHARDON PHARMA,

       Defendants.

---

2:14-cv-7174WJM

**ORDER OF DISMISSAL**

    A Notice of Call for Dismissal was filed on March 2, 2016 (ECF#73) with respect to the "foreign" defendants.

    It is on this 21st day of March, 2016,

    **ORDERED** that the above captioned action is dismissed with respect to the "foreign" defendants in accordance with F.R.Civ.P. 41 and New Jersey Local Rule 41.1 and the inherent authority of this Court to manage its docket.

                          s/William J. Martini
                          _____
                          WILLIAM J. MARTINI, U.S.D.J.