```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```
------------------------------

POP TEST CORTISOL, LLC.,                2:14-CV-07174-WJM

      Plaintiffs,

        v.                              **ORDER**

THE UNIVERSITY OF CHICAGO,
et al,

      Defendants.

------------------------------

It appearing that proceedings in the above matter have been stayed pursuant to an Opinion and Order filed on August 27, 2015.

It is on this 23rd day of June, 2015

**ORDERED** that the Clerk administratively terminate this action in his records without prejudice to the right of the parties to reopen the proceedings for good cause shown once the arbitration proceedings have been completed.

                                        s/William J. Martini

                                        _____

                                        WILLIAM J. MARTINI, U.S.D.J.